IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>LEON JESSE REYES,<br><br>         Defendant. | 4:10CR3069<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for March 10, 2015 at 1:00 p.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

February 12, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge